**STATE OF TENNESSEE, COUNTY OF HAMBLEN**

511 W 2nd North St, Morristown, TN 37814

CIVIL SUMMONS

To Any Lawful Officer to Execute and Return:

Summon **Alechia Buffalo**

To appear before the General Sessions Court of Hamblen County, Tennessee on the 24th day of March, 2015, at 9:00 a.m., then and there to answer in a civil action brought by

Cavalry SPV I, LLC, as assignee of GERetail Bank/ Old Navy

for payment not received in the amount of **$4,852.33** plus interest and attorney's fees, if applicable, as evidenced by the Sworn Account or Affidavit attached hereto and the costs of this action less any payments received plus expenses as they continue to accrue. Under $25,000.00.

---

Judgment for _____ against _____ for

$_____ plus interest at the rate of _____% and cost of suit for which execution my issue.

Judgment entered by: ☐ Default  ☐ Agreement  ☐ Trial

Dismissed: ☐ Without Prejudice  ☐ With prejudice

Costs taxed to: ☐ Plaintiff  ☐ Defendant

Defendant(s)_____ in court and admitted to jurisdiction of the court.

This the ___ day of _____, 20___.

_____, Judge, Div.___

JUDGMENT

_____

_____

This the ___ day of _____, 20___.

Judge, Div.

ORDER

---

**TO THE DEFENDANT(S):**

NOTICE

Tennessee Law provides a ten thousand dollar ($10,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you which to claim as exempt with the clerk of the court. This list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

Americans with disabilities please contact the Clerk of the Court for the aforementioned County to obtain additional information.

---

To the best of my information and belief, after investigation of Defendant's employment, I hereby make affidavit that the Defendant is not a member of military service.

AFFIDAVIT

_____
Attorney for the Plaintiff(s)

_____
Notary Public

My Commission Expires:_____

---

Docket Number **119634C-98-396**

Cavalry SPV I, LLC, as assignee of GERetail Bank/ Old Navy

Plaintiff(s)

vs.

Alechia Buffalo
720 Noes Chapel Rd
Morristown, Tennessee 37814-2128

Defendant

**CIVIL WARRANT**
**COURT OF GENERAL SESSIONS**

Teresa West , Clerk

By Karen Goeden , Deputy Clerk

Issued March 10 , 20 15

Set for March 24th, 2015, at 9:00 a.m.

Reset for _____

X 126 Stacy

Served Upon:  ☐ All Named Defendants
              ☐ All Defendants Except:

_____

SERVICE

Served _____, 20___

_____
Sheriff/Constable (Process Server)

Christopher W. Conner (BPR# 017724) (C16000)
GARNER & CONNER, PLLC
P.O. Box 5059, Maryville, Tennessee 37802-5059
Attorneys for Plaintiff(s). 17622096

Telephone (865) 984-1268 - Fax (865) 984-1753
Our File No. 14-02334-0

_____
Attorney for Defendant

# AFFIDAVIT OF CLAIM

STATE OF NEW YORK    )
                     ) SS
COUNTY OF WESTCHESTER )

RE: Cavalry SPV I, LLC, as assignee of GE Retail Bank/Old Navy

vs.
ALECHIA BUFFALO

I, Dawn Fanning, being duly sworn on oath, depose and say:

1. I am employed by Cavalry Portfolio Services, LLC ("CPS"). CPS performs collection services for Cavalry SPV I, LLC ("Plaintiff"). I am an authorized agent for Plaintiff and am a competent person more than eighteen years of age. I am authorized to make this affidavit for Plaintiff.

2. I am familiar with the manner and method by which CPS and Plaintiff create and maintain business records pertaining to the Account as defined below.

3. In the normal course of business, CPS and Plaintiff maintain computerized account records and documents for account holders. CPS and Plaintiff maintain such records in the ordinary and routine course of business and it is their regular business practice to accurately record any business act, condition or event onto the computer record maintained for the accounts, with the entries made at or very near the time of any such occurrence.

4. I have access to and have reviewed the applicable records of CPS and Plaintiff as they relate to the Account, and I make this Affidavit based upon information from that review. Information contained in those records reflects the following:

   a. That the Account was purchased by Cavalry SPV I, LLC on or about 05/03/2012. The original creditor is GE Retail Bank/Old Navy.

   b. That the Defendant, ALECHIA BUFFALO, the account holder(s), opened an account on 06/18/2007, which account was charged off on 02/11/2011 (the "Account").

   c. That as of 07/22/2014, the records of CPS and Plaintiff show that the defendant owed a balance of $4,852.33.

   d. That the Defendant is not an infant or incompetent.

5. Based on a review of the Department of Defense database, the Defendant is not a member of the United States Armed Forces who would be entitled to stay relief.

6. I certify under oath that to the best of my knowledge the above statements are true and correct.

Subscribed and sworn to before me on 01/21/2015

_____          _____
Legal Administrator                       Notary Public, State of New York

TN-Garner and Conner
17622096

Eddy Martinez
Notary Public - State of New York
No. 01MA6268052
Qualified in Westchester County
Commission Expires August 27, 2016